FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAR 14 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:08CR 50-WKW |
| | ) | [18 USC § 2250] |
| CHRISTOPHER C. DEAN | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From an unknown date in July 2007 through on or about August 6, 2007, in Autauga County, within the Middle District of Alabama,

CHRISTOPHER C. DEAN,

defendant herein, being required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate commerce and foreign commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Jerusha T. Adams
Assistant United States Attorney