IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr050-WKW |
| | ) | |
| CHRISTOPHER C. DEAN | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. #4) filed March 18, 2008, and for good cause shown, it is

ORDERED that the motion (Doc. #4) is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Autauga Metro Jail, Prattville, Alabama, commanding them to deliver Christopher C. Dean, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on March 26, 2008, at 10:30 a.m., and to return the prisoner to said official when the Court shall have finished with him.

DONE this 19th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE