IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:08cr50-WKW |
| ) | |
| **CHRISTOPHER DEAN** ) | |

**MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, Christopher Dean, by and through undersigned counsel, Aylia McKee, and moves this Court for a continuance of the trial presently set for May 5, 2008, in the above-styled case. In support of this Motion, Defendant would show the following:

1. This case involves a one count indictment charging Mr. Dean with Failure to Register as a Sex Offender.

2. It is alleged that Mr. Dean lived in and/or moved from several states prior to entering the state of Alabama.

3. Undersigned counsel will be in trial on April 10 - 15, 2008, in the case of USA v. Lorenzo Rainer, and on April 21 - 22, 2008, in the case of USA v. David Allen.

3. Due to the nature of the offense, the number of states involved and undersigned counsel's appearance in two trials, more time is needed to sufficiently investigate, advise and defend Mr. Dean.

WHEREFORE, for the foregoing reasons, Mr. Dean respectfully requests that his trial setting be continued.

Dated this 10th day of April, 2008.

                Respectfully submitted,

                s/ Aylia McKee
                AYLIA MCKEE
                Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: aylia_mckee@fd.org
                ASB-6178-A39M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:08cr50-WKW |
| | ) | |
| **CHRISTOPHER DEAN** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M