IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CR. No.: 2:08cr50-WKW |
| | ) | |
| **CHRISTOPHER DEAN** | ) | |

**MOTION TO VACATE NOTICE OF INTENT TO CHANGE PLEA
& CHANGE OF PLEA HEARING**

NOW COMES the Defendant, CHRISTOPHER DEAN, by and through undersigned counsel, Aylia McKee, and withdraws his notice of intent to change plea (Docket #16) and requests the presently scheduled July 10, 2008, change of plea hearing be vacated. In support of this Motion, the defendant would show the following:

1. Mr. Dean will be filing a motion to dismiss the indictment in this case based on jurisdictional grounds pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B).

2. If this motion is granted, the presently scheduled change of plea hearing will not be necessary.

WHEREFORE, Defendant respectfully requests the notice of intent to change plea and presently scheduled change of plea hearing be vacated.

Dated this 9th day of July, 2008.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. No.: 2:08cr50-WKW |
| | ) |
| **CHRISTOPHER DEAN** | ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

3