IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) CRIMINAL ACTION NO. |
| | ) 2:08cr50-WKW |
| CHRISTOPHER C. DEAN | ) |

ORDER ON MOTION

Upon consideration of Defendant's Motion to Vacate Notice of Intent to Change Plea and Change of Plea Hearing (Doc. #18), it is

ORDERED the Motion (Doc. #18) is GRANTED. The Court's Order of 8 July 2008, setting the change of plea hearing is VACATED.

DONE this 10th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE