IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:08-CR-50-WKW [WO] |
| | ) |
| CHRISTOPHER DEAN | ) |

### **SUPPLEMENTAL ORDER**

This Order supplements the Memorandum Opinion and Order ("Opinion") (Doc. # 40) issued on March 6, 2009. The Opinion adopted the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 29) to deny Defendant's Motion to Dismiss Indictment (Doc. # 20). That same day, the Court of Appeals for the Eleventh Circuit issued an opinion directly on point: *United States v. Ambert*, __ F.3d __, 2009 WL 564677 (11th Cir. 2009). The Recommendation and the additional comments in the Opinion are consistent with *Ambert*.

DONE this 10th day of March, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE